JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>SYLVIA CHUN MANTESH et al.,<br><br>    Defendants. | Case No. 2:20-cv-07981-ODW (AGRx)<br><br>**JUDGMENT** |

In light of Defendant-in-Interpleader Sylvia Chun Mantesh disaffirming her potential interest in the at-issue interpleaded funds, (ECF No. 47), and the distribution of the interpleaded funds to Defendant-in-Interpleader Douglas H. Chun, (ECF No. 50), it is therefore **ORDERED, ADJUDGED, and DECREED** that this matter is dismissed.

**IT IS SO ORDERED.**

September 18, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**